HONORABLE RICHARD S. MARTINEZ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

Garry L. Taylor,

9                           Plaintiff,

10      vs.

11      City of Sedro-Woolley, a municipal corporation,
and Austin McCombs, an individual, and Chris
12      Rogers, an individual,

13                           Defendants.

NO.  2:20-cv-01714-RSM

STIPULATED ORDER OF DISMISSAL
AND REMAND TO SKAGIT COUNTY
SUPERIOR COURT

**Noted for Consideration:
January 4, 2021**

14

## STIPULATION

15

16      The parties hereby stipulate and agree that Plaintiff's Fourth Amendment false arrest and

17      excessive force claims brought under 42 U.S.C. § 1983 shall be voluntarily dismissed without

18      prejudice.  Because these claims provided the basis for this Court's jurisdiction, the parties further

19      stipulate and agree that Plaintiff's remaining Washington common law claims for assault and

20      battery, negligence, outrage, and unlawful imprisonment should be remanded to the Skagit County

21      Superior Court.  Plaintiff further stipulates that Austin McCombs and Chris Roger shall be

STIPULATED ORDER OF DISMISSAL AND
REMAND TO SKAGIT COUNTY SUPERIOR
COURT- 1
(2:20-cv-01714-RSM)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

dismissed from the Skagit County Superior Court action.  Defendant City of Sedro-Woolley stipulates that Austin McCombs and Chris Rogers were acting in the course and scope of their employment at all times material to the allegations in Plaintiff's Complaint.  The parties further agree that each party will bear its own attorney's fees and costs associated with this dismissal and remand to Skagit County Superior Court.

IT IS SO STIPULATED.

DATED this 4th day of January, 2021.

CHRISTIE LAW GROUP, PLLC              LOWELL LAW OFFICE

/s/ Thomas P. Miller                         /s/ David D. Lowell
Thomas P Miller, WSBA #34473          David D. Lowell, WSBA #22563
Attorneys for Defendants                   Attorney for Plaintiff
2100 Westlake Avenue North., Ste. 206    P.O. Box 1346
Seattle, WA 98109                          Burlington, WA 98223
206–957–9669                               (360) 755-0111
tom@christielawgroup.com                   david@lowell-law.com

## **ORDER**

THIS MATTER having come on regularly for hearing upon the stipulation of the parties set forth above, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's claims brought under 42 U.S.C. § 1983 are hereby dismissed without prejudice.  It is further ordered that this matter shall be remanded to Skagit County Superior Court for adjudication of Plaintiff's remaining claims under Washington common

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  law.  Each side shall bear its own costs and attorney's fees associated with this dismissal and

2  remand.

3      SIGNED this 5th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL AND
REMAND TO SKAGIT COUNTY SUPERIOR
COURT- 3
(2:20-cv-01714-RSM)

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David D. Lowell, WSBA #22563
606 E. Fairhaven
PO Box 1346
Burlington, WA 98233
Phone: 360-755-0111
Email: david@lowell-law.com

CHRISTIE LAW GROUP, PLLC

By      /s/ Thomas P. Miller
    THOMAS P. MILLER, WSBA #34473
    2100 Westlake Avenue N., Suite 206
    Seattle, WA 98109
    Phone: 206-957-9669
    Email: tom@christielawgroup.com
    Attorney for Defendants

STIPULATED ORDER OF DISMISSAL AND
REMAND TO SKAGIT COUNTY SUPERIOR
COURT- 4
(2:20-cv-01714-RSM)

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669